IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| James and Jody Renbarger, Elise Renbarger, and Carolyn Benjamin,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>Zavanna, LLC, and and Zenergy, Inc.<br><br>　　　　　　Defendants. | **ORDER ADOPTING STIPULATION TO EXTEND DEADLINES**<br><br>Case No.  4:12-cv-042 |

___

Before the court is a "Stipulation to Extend Deadlines" filed January 17, 2014.  The court **ADOPTS** the stipulation (Docket No. 69) and **ORDERS** as follows:

1. Elise Renbarger shall file on or before **January 24, 2014**, a memorandum with the court that outlines more particularly her claim for "penalty interest" including her contentions regarding the amounts that are owed and how they are calculated. Defendants shall file a response on or before **February 7, 2014**, and plaintiff's reply shall be due on or before **February 14, 2014**.

2. Elise Renbarger shall file on or before **January 24, 2014**, the amounts that she is seeking in attorney's fees and costs (assuming she prevails on her claim for "penalty interest") in accordance with the requirements of Local Civil Rule 54.1 (including the filing of a verified statement of fees and expenses along with supporting documents).  Absent further order from the court, any objections and alternative calculations shall be filed by defendants on or before **February 7, 2014**, and any reply on or before **February 14, 2014**.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2014.

<u>/s/  Charles S. Miller, Jr.</u>
Charles S. Miller, Jr.
United States Magistrate Judge
