**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| James and Jody Renbarger, Elise | ) | |
| Renbarger, and Carolyn Benjamin, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **TO EXTEND DEADLINES** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.  4:12-cv-042 |
| | ) | |
| Zavanna, LLC, and and Zenergy, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is a "Stipulation to Extend Deadlines" filed January 17, 2014.  The court

**ADOPTS** the stipulation (Docket No. 69) and **ORDERS** as follows:

1.      Elise Renbarger shall file on or before **January 24, 2014**, a memorandum with the

court that outlines more particularly her claim for "penalty interest" including her

contentions regarding the amounts that are owed and how they are calculated.

Defendants shall file a response on or before **February 7, 2014**, and plaintiff's reply

shall be due  on or before **February 14, 2014**.

2.      Elise Renbarger shall file on or before **January 24, 2014**, the amounts that she is

seeking in attorney's fees and costs (assuming she prevails on her claim for "penalty

interest") in accordance with the requirements of Local Civil Rule 54.1 (including

the filing of a verified statement of fees and expenses along with supporting

documents).  Absent further order from the court, any objections and alternative

calculations shall be filed by defendants on or before **February 7, 2014**, and any

reply on or before **February 14, 2014**.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2014.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge