# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| James and Jody Renbarger, Elise Renbarger, and Carolyn Benjamin, | ) ) ) **ORDER TO SHOW CAUSE** |
| Plaintiffs, | ) **WHY FINAL JUDGMENT** ) **SHOULD NOT BE ENTERED** |
| vs. | ) ) Case No. 4:12-cv-042 |
| Zavanna, LLC, and Zenergy, Inc., | ) ) ) |
| Defendants. | ) |

In reviewing the status of the court's cases, the court observes that a final judgment has not been entered in the above-captioned case. The court is of the understanding that the amounts previously ordered to be paid have been paid and that all other outstanding matters have been settled. Based on this understanding, the court **ORDERS** that the Clerk shall enter a judgment dismissing the action with prejudice unless a party shows cause why judgment should not be entered within ten (10) days of the filing of this order.

Dated this 9th day of July, 2014.

                                                 */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court