# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| James and Jody Renbarger, Elise Renbarger, and Carolyn Benjamin, | ) ) ) **ORDER SETTING DEADLINE** |
| Plaintiffs, | ) **FOR SUBMISSION OF** |
| | ) **CLOSING DOCUMENTS** |
| vs. | ) |
| | ) Case No. 4:12-cv-042 |
| | ) |
| Zavanna, LLC, and Zenergy, Inc., | ) |
| | ) |
| Defendants. | ) |

On July 9, 2014, the court issued an order to show cause why final judgment dismissing the above-captioned action with prejudice should not be entered. On July 18, 2014, the parties filed a joint response to the order advising that the parties have reached an agreement to resolve all remaining issues and requesting that the court set a deadline for submitting closing documents. Accordingly, the court **ORDERS** that the parties shall submit closing documents within sixty (60) days of the filing of this order.

Dated this 21st day of July, 2014.

                                                   */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr., Magistrate Judge
                                                   United States District Court